AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

All funds and other things of value contained in
Bank of America account #xxxxxxxxx2297,
held in the name of Antione Hudson

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER:

I _____Debra L. LaPrevotte_____ being duly sworn depose and say:

I am a(n) __Special Agent with the Federal Bureau of Investigation__ and have reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

All funds and other things of value contained in
Bank of America account #xxxxxxxxx2297,
held in the name of Antione Hudson

which is (state one or more bases for seizure under the United States Code)

subject to seizure pursuant to Title 18, U.S.C. Section 981(a)(1)(A) and (C)

concerning a violation of Title __18__ United States Code, Section(s) __1014, 1341 and 1343__. The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

Michael A. Humphreys
Asset Forfeiture Unit/Criminal Division
(202) 514-7065

Signature of Affiant
Debra L. LaPrevotte, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____    at Washington, D.C.
Date

_____    _____
Name and Title of Judicial Officer    Signature of Judicial Officer